UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 06735
    JAZZ JONES
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY


            Debtor
    SSN XXX-XX-2279

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 03/21/2008 and was confirmed 05/15/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 12/04/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MURPHY STEPHEN C DPM | UNSECURED | 175.00 | .00 | .00 |
| SWEDISH COVENANT HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| BEST SOURCE C U | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 12320.00 | .00 | .00 |
| SALLIE MAE LOAN SERVICIN | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE LOAN SERVICIN | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE LOAN SERVICIN | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE LOAN SERVICIN | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE LOAN SERVICIN | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE LOAN SERVICIN | UNSECURED | NOT FILED | .00 | .00 |
| SURETY FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| TURNER ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| ISAC | UNSECURED | 8077.49 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 99.49 | .00 | .00 |
| LEGAL HELPERS PC | DEBTOR ATTY | 2,712.00 | | 368.00 |
| TOM VAUGHN | TRUSTEE | | | 32.00 |
| DEBTOR REFUND | REFUND | | | .00 |

              Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 400.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 368.00 |
| TRUSTEE COMPENSATION | | 32.00 |
| DEBTOR REFUND | | .00 |

                    ---------------   ---------------

TOTALS                              400.00              400.00


    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/05/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE